IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-2015-LTB-BNB

GARY E. HAINES, and
SUSANNE HAINES,

Plaintiffs,

v.

METWEST INC., d/b/a QUEST DIAGNOSTICS,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Agreed Motion to Vacate Settlement Conference** (docket entry no. 32, the "Motion"), filed on July 21, 2005.

     IT IS ORDERED that the Motion is GRANTED and the Settlement Conference set for July 29, 2005, is vacated, to be reset upon the request of the parties.

DATED:  July 22, 2005