**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 04-cv-02015-LTB-BNB

GARY E. HAINES and
SUSANNE HAINES,
       Plaintiffs,

v.

METWEST INC., d/b/a QUEST DIAGNOSTICS,
       Defendant.
_____

## ORDER OF DISMISSAL
_____

THIS MATTER having come before the Court on the Stipulation to Voluntarily Dismiss Without Prejudice (filed October 20, 2005), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITHOUT PREJUDICE,** each party to pay their own fees and costs.

                                              BY THE COURT:

                                              s/Lewis T. Babcock
                                              Lewis T. Babcock, Chief Judge

DATED: October 20, 2005